UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 4:21CR74(SEP) |
| D'ANTE CARTER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the Motion to Continue the Plea Setting (doc. 38) is **GRANTED.**

**IT IS FURTHER** ORDERED that the plea hearing in the above-styled case currently set for January 31, 2021, is reset to **February 11, 2022, at 2:30 p.m. in the courtroom of the undersigned.**

Dated this 20th day of January, 2022

_Sarah E. Pitlyk_
_____
UNITED STATES DISTRICT JUDGE